NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN L. TURNER, )
)
        Appellant, )
)
v. )     Case No. 2D18-1989
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.